**Opinion issued February 12, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-11-01049-CR**
**NO. 01-11-01069-CR**

———————————

**IN RE JORGE MATA, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

By petition for writ of mandamus, relator, Jorge Mata, seeks mandamus relief compelling the trial court to rule on his motions for judgment nunc pro tunc.[1]

The trial court signed an order denying both on January 9, 2013.

---

[1]     The underlying cases are Case Nos. 125379001010 and 129868401010 in the 183rd District Court of Harris County, Texas, the Honorable Vanessa Vasquez, presiding.

Accordingly, the petition for writ of mandamus is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).